AUGUSTUS D. JUILLIARD et al., Appellants, *v.* NATHAN TROKIE et al., Respondents.

*Juilliard* v. *Trokie*, 139 App. Div. 530, affirmed.
(Argued November 2, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*Eliphalet W. Tyler* for appellants.

*J. Solon Einsohn* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.